UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TIMOTHY MCKINSTRY, CARLTON HEDGESPETH,
ROBERT HUDGINS, JR., PATRICA HUDGINS, and,
BRANDON WARD.,

**STIPULATION AND
ORDER OF DISMISSAL**

Plaintiffs,                12 CV 6019 (FB) (RML)

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICER MATTHEW
VORRARO, TAX ID NO. 939668, In his individual and
official capacity, POLICE OFFICERS, CABE , IN HIS
INDIVIDUAL AND OFFFICIAL CAPACITY, SGT.
DERRICK MILLIGAN, BADGE NO. 4735, IN HIS
INDIVIDUAL AND OFFFICIAL CAPACITY, CAPTAIN
JAMES FEY, TAX ID NO. 895436, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY, POLICE OFFICER ,SGT
GREG VALLERUGO,BADGE NO. 2315, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY, POLICE
OFFICER , JAMES ZOZZARO, BADGE NO. 28340, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY, POLICE
OFFICER JERONNIE GLANVILLE, BADGE NO. 7529,
AND JOHN DOES 1-5,  in their individual and official
capacity, who are known by name to the Respondents but as of
yet are not fully known to the Claimants.,

Defendants.
------------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

1.  The above-referenced action is hereby dismissed with prejudice; and

2.   Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

The LAW OFFICES OF WELTON K.
WISHAM
*Attorneys for Plaintiffs*
24 Metropolitan Oval, Suite 7C
Brooklyn, NY 10462
(718) 597-3758


By: _____
     Welton K. Wisham

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendants City, Vorraro,*
*Milligan, Fey, Vallerugo, Zozzaro and*
*Glanville*
100 Church Street, Rm. 3-159b
New York, New York 10007


By: _____
     Camiel Richards
     *Assistant Corporation Counsel*


SO ORDERED:


Dated: New York, New York
       _____, 2013

     _____
     HON. FREDERIC BLOCK
     UNITED STATES DISTRICT JUDGE